# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:23−mc−00126−RC

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE v. PACIFIC BELL TELEPHONE COMPANY | Date Filed: 11/16/2023 |
| Assigned to: Judge Rudolph Contreras | Date Terminated: 02/26/2024 |
| Cause: Motion to Compel | Jury Demand: None |
| | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Non−Party Petitioner**

**TOM NELTNER**     represented by     **Alan M. Freeman**
BLANK ROME LLP
1825 Eye Street, NW
Washington, DC 20006
(202) 772−5925
Fax: (202) 572−8370
Email: alan.freeman@blankrome.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CALIFORNIA SPORTFISHING PROTECTION ALLIANCE**

V.

**Defendant**

**PACIFIC BELL TELEPHONE COMPANY**     represented by     **Jonathan David Kelley**
KIRKLAND & ELLIS LLP
1601 Elm Street
Dallas, TX 75201
214−972−1755
Fax: 214−972−1771
Email: jon.kelley@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Scott Owen**
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
202−389−5943
Email: matt.owen@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 11/16/2023 | 1 | MOTION TO QUASH Subpoena (Filing fee $ 49, receipt number 206671) filed by TOM NELTNER. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Summons)(znmw) (Entered: 11/17/2023) |
| 11/16/2023 | 2 | NOTICE of Appearance by Alan M. Freeman on behalf of TOM NELTNER (znmw) (Entered: 11/17/2023) |
| 11/29/2023 | 3 | WAIVER OF SERVICE (Freeman, Alan) (Entered: 11/29/2023) |
| 12/05/2023 | 4 | Memorandum in opposition to re 1 Motion to Quash *or Limit Subpoena, and to Transfer this Motion to the Issuing District Court* filed by PACIFIC BELL TELEPHONE COMPANY. (Attachments: # 1 Appendix, # 2 Declaration, # 3 Text of Proposed Order, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14, # 18 Exhibit 15, # 19 Exhibit 16, # 20 Exhibit 17, # 21 Exhibit 18, # 22 Exhibit 19, # 23 Exhibit 20, # 24 Exhibit 21, # 25 Exhibit 22, # 26 Exhibit 23, # 27 Exhibit 24, # 28 Exhibit 25, # 29 Exhibit 26, # 30 Exhibit 27, # 31 Exhibit 28, # 32 Exhibit 29, # 33 Exhibit 30, # 34 Exhibit 31, # 35 Exhibit 32, # 36 Exhibit 33, # 37 Exhibit 34, # 38 Exhibit 35, # 39 Exhibit 36, # 40 Exhibit 37, # 41 Exhibit 38, # 42 Exhibit 39, # 43 Exhibit 40, # 44 Exhibit 41, # 45 Exhibit 42, # 46 Exhibit 43, # 47 Exhibit 44, # 48 Exhibit 45, # 49 Exhibit 46, # 50 Exhibit 47, # 51 Exhibit 48, # 52 Exhibit 49, # 53 Exhibit 50)(Owen, Matthew) (Entered: 12/05/2023) |
| 12/05/2023 | 5 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by PACIFIC BELL TELEPHONE COMPANY (Owen, Matthew) (Entered: 12/05/2023) |
| 12/06/2023 | 6 | NOTICE of Appearance by Jonathan David Kelley on behalf of PACIFIC BELL TELEPHONE COMPANY (Kelley, Jonathan) (Entered: 12/06/2023) |
| 12/12/2023 | 7 | REPLY re 1 MOTION TO QUASH (Filing fee $ 49, receipt number TBD) filed by TOM NELTNER. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Freeman, Alan); Modified docketing event and text on 12/13/2023 (ztth). (Entered: 12/12/2023) |
| 01/02/2024 | 8 | NOTICE OF SUPPLEMENTAL AUTHORITY re 1 MOTION TO QUASH (Filing fee $ 49, receipt number TBD) *Non−Party Neltner's Notice of Supplemental Authority in Support of Motion to Quash or Limit Subpoena and to Transfer This Motion to the Issuing District Court* filed by TOM NELTNER. (Freeman, Alan) Modified on 1/3/2024 to correct event (zjm). (Entered: 01/02/2024) |
| 02/21/2024 | | MINUTE ORDER directing the Clerk to transfer Petitioner Tom Neltner's 1 Motion to Quash Subpoena to the U.S. District Court for the Eastern District of California. The Court may transfer such a motion to the issuing court upon the consent of the person subject to the subpoena, and Petitioner has indicated that he "expressly consents" to transfer of this motion to the issuing court, the Eastern District of California. Fed. R. Civ. P. 45(f); ECF No. 1 at 16. Pacific Bell Telephone Co. does not oppose Petitioner's request to transfer this case to the issuing court. See ECF No. 4 at 22 n.10. Thus, upon consideration of Petitioner's 1 motion and the 4 , 7 8 associated briefing, it is hereby ORDERED that Petitioner's 1 motion is GRANTED IN PART insofar as it seeks transfer to the U.S. District Court for the Eastern District of California. It is further ORDERED that the Clerk of Court shall transfer this case to the U.S. District Court for the Eastern District of California. The Clerk of Court is directed to close this case. Finally, it is noted that this case is likely related to a previously transferred case that is now before the U.S. District Court for the Eastern District of California, 2:24−mc−00004−DAD−DB. SO ORDERED. Signed by Judge Rudolph Contreras on 2−21−2024. (lcrc3) (Entered: 02/21/2024) |
| 02/26/2024 | | Set/Reset Deadlines: Transfer due by 3/2/2024. (tj) (Entered: 02/26/2024) |